WILLIAM McCORMICK, Appellant, *v.* THE UNITED LIFE AND ACCIDENT INSURANCE ASSOCIATION, Respondent.

Reported below, 79 Hun, 340.
(Argued January 18, 1897; decided January 26, 1897.)

MOTION to discontinue the above-entitled action, without costs to either party, or to strike from the day calendar an appeal from a judgment of the General Term of the Supreme Court in the first judicial department, rendered in June, 1894, which affirmed a judgment in favor of defendant entered upon a verdict directed by the court.

The motion was made upon the ground that the respondent, by an action brought by the People of the state of New York, had been dissolved, and plaintiff, by proceeding with the argument, would violate an injunction order contained in the judgment of dissolution forbidding all persons taking any further proceedings against respondent.

*J. Aspinwell Hodge, Jr.,* for motion.

*Harry Wilber* opposed.

Motion denied, with ten dollars costs.